UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                  Chapter 13

KELVIN D PAYTON,                                          Case No. 18-46141-ess

                        Debtor.
-------------------------------------------------------------x

## SCHEDULING ORDER

WHEREAS, on October 25, 2018, Kelvin D Payton filed a petition for relief under Chapter 13 of the Bankruptcy Code; and

WHEREAS, on November 8, 2018, the Debtor filed a Chapter 13 plan, containing a request to participate in the Court's Loss Mitigation program with creditor Wells Fargo Home Mortgage, with respect to the property located at 114-16 173rd Street, Jamaica, New York 11434, and the loan ending in 2818; and

WHEREAS, on November 28, 2018, Wells Fargo Bank, N.A. as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital, Inc., filed an affirmation in opposition to the Loss Mitigation request, with respect to a loan ending in 2818.

NOW THEREFORE, it is hereby

ORDERED, that the Court will hold a hearing on the Loss Mitigation request and the opposition thereto, on February 12, 2019, at 2:30 p.m., before the Honorable Elizabeth S. Stong, United States Bankruptcy Court, 271-C Cadman Plaza East, Courtroom 3585, Brooklyn, New York 11201.



**Dated: Brooklyn, New York**
       **January 12, 2019**

                                                      **Elizabeth S. Stong**
                                          **United States Bankruptcy Judge**

TO:

Kelvin D Payton
114-16 173rd St
Jamaica, NY 11434

Norma E Ortiz
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103

Marianne DeRosa
Standing Chapter 13 Trustee
125 Jericho Tpke
Suite 105
Jericho, NY 11753

Aleksandra K. Fugate, Esq.
WOODS, OVIATT, GILMAN LLP
Attorneys for Secured Creditor
700 Crossroads Building, Two State Street
Rochester, New York 14614