UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

---

In re:

KELVIN D PAYTON

              Debtor.

AFFIDAVIT OF MAILING

CASE #: 1-18-46141-ess

CHAPTER 13

---

STATE OF NEW YORK   )
COUNTY OF MONROE   ) SS:

I, Kevin Hoenig, being duly sworn, deposes and says:

Deponent is not a party to this action and is over 18 years of age.

THAT on July 16, 2019 deponent served the annexed Notice of Motion For Relief From Stay on the parties listed in Schedule "A" by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service.

                                                          Kevin Hoenig

Sworn to before me this
16th day of July 2019

_____
NOTARY PUBLIC

ANDREW WILLIAM DAVIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DA6395016
Qualified in Monroe County
Commission Expires December 24, 2022

{7442071:}100222-2

**SCHEDULE "A"**

Norma E. Ortiz
Ortiz & Ortiz LLP
32-72 Steinway Street
Suite 402
Astoria, NY 11103

Kelvin D Payton
114-16 173rd St
Jamaica, NY 11434

Franshara Hunter
114-16 173rd Street
Saint Albans, NY 11434

Marianne DeRosa
Office of the Chapter 13 Trustee
100 Jericho Quadrangle
Suite 127
Jericho, NY 11753

Office of the United States Trustee
Eastern District of NY (Brooklyn Office)
U.S. Federal Office Building
201 Varick Street, Suite 1006
New York, NY 10014

Deborah Kall Schaal
Gordon and Schaal LLP
Attorneys for Santander Consumer USA Inc.
1039 Monroe Avenue
Rochester, NY 14620

{7442071: }100222-2