

500 Bausch & Lomb Place
Rochester, New York 14604

P 855.227.5072   F 585.454.0302

**ATTORNEYS**
woodsdefaultservices.com

July 16, 2019

Hon. Elizabeth S. Stong
U.S. Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C Cadman Plaza East - Suite 1595
Brooklyn, NY 11201-1800

|  |  |
|---|---|
| **Re:** | **Kelvin D Payton** |
| **Case No.:** | **1-18-46141-ess** |
| **Property Address:** | **114-16 173rd Street, Saint Albans, NY 11434** |

Dear Honorable Elizabeth S. Stong:

Please be advised that a Motion for Relief from Stay (the "Motion") was filed on behalf of Wells Fargo Bank, N.A. as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital, Inc., in the above-captioned bankruptcy case on July 16, 2019. The hearing on the Motion is scheduled for August 15, 2019 at 10:00AM. Wells Fargo Bank, N.A. as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital, Inc. specifically waives the requirements of Bankruptcy Code 362(e).

If you have any questions, please do not hesitate to contact our office.

Very truly yours,

WOODS OVIATT GILMAN LLP

/s/ Aleksandra K. Fugate, Esq.

Aleksandra K. Fugate, Esq.

Cc:
Norma E. Ortiz
Kelvin D Payton
Franshara Hunter
Marianne DeRosa
Office of the United States Trustee
Deborah Kall Schaal

{7442071: }100222-2

Woods Oviatt Gilman LLP and the attorneys whom it employs are debt collectors who are attempting to collect a debt.
Any information obtained by them may be used for that purpose.