UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------X

In re:

KELVIN D. PAYTON,                                  Case No. 18-46141

                Debtor.                             Chapter 13

---------------------------------------------------------X

### NOTICE OF VOLUNTARY CONVERSION FROM CHAPTER 13 TO CHAPTER 7

      Kelvin D. Payton (the "Debtor"), the above-captioned Debtor, by and through his counsel Ortiz & Ortiz LLP, hereby notifies the Court of his intent to convert his Chapter 13 case to a Chapter 7 case pursuant to 11 U.S.C. § 1307(a).

Dated: Aug. 29, 2019
New York, New York

                                                            *S/Norma E. Ortiz*
                                                            Norma E. Ortiz
                                                            Ortiz & Ortiz LLP
                                                           32-72 Steinway Street, Ste. 402
                                                           Astoria, New York 10010
                                                           Tel. (718) 522-1117
                                                           Debtor's Counsel