UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

KELVIN D PAYTON

                Debtor.

AFFIDAVIT OF MAILING

CASE #: 1-18-46141-ess

CHAPTER 7

STATE OF NEW YORK   )
COUNTY OF MONROE   ) SS:

      I, Kevin P. Hoenig, being duly sworn, deposes and says:

      Deponent is not a party to this action and is over 18 years of age.

      **THAT** on September 12, 2019, deponent served the annexed Motion For Relief From Stay (ECF 33) on the parties listed below by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in a post office depository under the exclusive care and custody of the United States Postal Service.

      Robert J Musso
      26 Court Street
      Suite 2211
      Brooklyn, NY 11242

_____
Kevin P. Hoenig

Sworn to before me this
12th day of September 2019.

_____
NOTARY PUBLIC

ANDREW WILLIAM DAVIS
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01DA6335016
Qualified in Monroe County
Commission Expires December 24, 2022

{7442071: }100222-2