UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

    KELVIN D PAYTON

              Debtor.

Case No: 1-18-46141-ess

Chapter 7

**ORDER VACATING AUTOMATIC STAY**

Upon the application of Wells Fargo Bank, N.A. as servicing agent for Morgan Stanley Mortgage Capital Holdings LLC, successor-in-interest by merger to Morgan Stanley Mortgage Capital, Inc. ("Secured Creditor") for relief from the automatic stay for the purpose of foreclosing its Mortgage on 114-16 173rd Street, Saint Albans, NY 11434, and the motion having been submitted on the papers, and there being no opposition filed thereto, it is hereby

**ORDERED** that the automatic stay is hereby ~~lifted and vacated~~ *modified* to permit Secured Creditor to ~~foreclose its mortgage on~~ *pursue its rights under applicable law with respect to* the property located at 114-16 173rd Street, Saint Albans, NY 11434 *(the "Property")*; and it is further

**ORDERED** that the stay granted to the Co-Debtor, Franshara Hunter, pursuant to 11 U.S.C. §1301(c), ~~be vacated and terminated~~ *is modified to permit Secured Creditor to pursue its rights under applicable law with respect to the Property*~~; and it is further~~.

~~**ORDERED** that if the case is converted to a case under any other chapter of the U.S. Bankruptcy Code, this order will remain in full force and effect.~~



Dated: Brooklyn, New York
October 7, 2019

Elizabeth S. Stong
United States Bankruptcy Judge